UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kerry W. Kidd

    v.                                                        Case No. 22-cv-562-SM

Paul Mattis, et al


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 12, 2023, for the reasons set forth therein.

**So Orderd.**

                                                          _____
                                                          Steven J. McAuliffe
                                                          United States District Judge

Date: October 3, 2023

cc:   Kerry W. Kidd, pro se