```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Kerry W. Kidd

    v.                                      Case No. 22-cv-562-SM-AJ

Paula Mattis, et al

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 20, 2024, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: July 10, 2024

cc:  Kerry W. Kidd, pro se
     Michael P. DeGrandis, Esq.